MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED
DEC 05 2011
RICHARD W. WIEKING
CLERK U.S. ...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANNIE DO, and,
JINGHUI OU,

Defendants.

No. CR 08-00705 DLJ

STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SENTENCING HEARING

SAN JOSE VENUE

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case scheduled for December 6, 2011 be continued to January 26, 2012. The reason for the continuance is that defense counsel Stephen Naratil needs to additional time to evaluate the government's sentencing recommendation and file a response. Probation Officer Karen Mar has been informed about the new date and has no objection.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: 12/1/11

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: 12/1/11

/s/
STEPHEN P. NARATIL
Counsel for Ms. Do and Mr. Ou

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in United States v. Annie Do and Jinghui Ou currently scheduled for December 6, 2011 is continued to January 26, 2011.

SO ORDERED.

DATED: 12-5-11

D. LOWELL JENSEN
United States District Judge