```
1   Peter A. Leeming SBN 119124
    Law Offices of Peter A. Leeming
2   108 Locust Street, Suite 7
    Santa Cruz, CA 95060
3
    Telephone (831) 425-8000
4
    Attorney for defendant Annie Do and Jinghui Ou
5
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-0705 DLJ |
|---|---|
| Plaintiff, | ) **STIPULATION AND []** |
| vs. | ) **ORDER CONTINUING** |
|  | ) **SENTENCING HEARING** |
| JINGHUI OU and ANNIE DO | ) |
| Defendants | ) |

The parties stipulate, and request that the court Order, the following:

1.  Mr. Jinghui Ou and codefendant Annie Do, both accused in the above case, are currently scheduled to be sentenced on April 26, 2012, at 10:00 AM. By this stipulation and proposed Order, the parties are jointly requesting that the sentencing hearing be moved to June 14, 2012, at 10:00 AM.

STIPULATION AND  ORDER CONTINUING SENTENCING. - 1

2. Both defendants pled guilty to conspiracy to traffic in counterfeit goods, a violation of 18 USC Sect. 371, on September 16, 2009. Since then, the parties have remained out of custody without incident.

3. On February 9, 2012 attorney Peter A. Leeming substituted in as counsel for both defendants. Counsel is therefore still relatively new to the case, and is continuing to investigate certain aspects of this case. Counsel expects his independent investigation to be complete by June 14, 2012.

4. For the above reasons, the parties respectfully request that the sentencing hearing date of April 26, 2012 be vacated, and a new sentencing hearing be set for June 14, 2010 at 10:00 A.M.

Respectfully submitted,

Dated: April 10, 2012     By:_____/s/_____
                            PETER A. LEEMING,
                            Attorney for


  /s/ *Susan Knight*
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____     _____
                            HON. D. Lowell Jensen
                            United States District Court Judge

STIPULATION AND ORDER CONTINUING SENTENCING. - 2