MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNIE DO, and,<br>JINGHUI OU,<br><br>    Defendants. | No. CR 08-00705 DLJ<br><br>STIPULATION AND []<br>ORDER CONTINUING SENTENCING HEARING<br><br><br>SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case scheduled for be continued from June 14, 2012 to June 21, 2012. The reason for the continuance is that Peter Leeming is unavailable due to a state court preliminary hearing. Probation Officer Karen Mar has been informed about the new date and has no objection.

SO STIPULATED:                        MELINDA HAAG
                                         United States Attorney

DATED: 6/11/12                            /s/
                                         SUSAN KNIGHT
                                         Assistant United States Attorney

DATED: 6/11/12                            /s/
                                         PETER LEEMING
                                         Counsel for Ms. Do and Mr. Ou

1

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Annie Do and Jinghui Ou</u> currently scheduled for June 14, 2012 is continued to June 21, 2012.

SO ORDERED.

DATED:  6/13/12

_____
D. LOWELL JENSEN
United States District Judge