Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant Annie Do and Jinghui Ou

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0705 DLJ |
| Plaintiff, | **STIPULATION AND []** |
| vs. | **ORDER SETTING SURRENDER DATE** |
| JINGHUI OU and ANNIE DO | |
| Defendants | |

The parties stipulate, and request that the court Order, the following:

1. Mr. Jinghui Ou and codefendant Annie Do, both accused in the above case, were sentenced on June 14, 2012, at 10:00 AM.

2. At the time of sentencing, the Court asked both defendants to submit a surrender date to accommodate various personal issues.

STIPULATION AND ORDER SETTING SURRENDER DATE. - 1

3. The parties have conferred and ask the Court to Order the following:

Defendant Annie Do is to surrender to the United States Marshall or a facility designated by the Bureau of Prisons on September 26, 2012;

Defendant Jinghui Ou is to surrender to the United States Marshall or a facility designated by the Bureau of Prisons on November 26, 2012.

Respectfully submitted,

Dated: August 15, 2012   By:_____/s/_____
                             PETER A. LEEMING,
                             Attorney for

                             ___/s/ Susan Knight___
                             Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____       _____
                             HON. D. Lowell Jensen
                             United States District Court Judge

STIPULATION AND ORDER SETTING SURRENDER DATE. - 2