```
 1  Peter A. Leeming SBN 119124
    Law Offices of Peter A. Leeming
 2  108 Locust Street, Suite 7
    Santa Cruz, CA 95060
 3
    Telephone (831) 425-8000
 4
    Attorney for defendant Annie Do and Jinghui Ou
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-0705 DLJ |
|---|---|
| Plaintiff, | ) **STIPULATION AND []** |
| vs. | ) **ORDER PERMITTING TRAVEL TO** ) **CHINA** |
| ANNIE DO, et al | ) |
| Defendants | ) |

The parties stipulate, and request that the court Order, the following:

1. Ms. Annie Do was sentenced to one year and one day by this Court on June 14, 2012. Ms. Do was released from custody on August 9, 2013, and is now under the supervision of U. S. Probation. Ms. Do has fully complied with all the conditions of her supervised release.

STIPULATION AND   ORDER [TRAVEL TO CHINA]. - 1

2. Ms. Do is a native of China, where her mother still resides. Ms. Do's mother is seriously ill. Ms. Do therefore seeks leave of the Court to travel to China to visit her mother. Ms. Do is requesting an Order permitting her to travel to China on November 13, 2013, returning to the United States on December 8, 2013. Travel specifics will be provided to U. S. Probation.

3. US probation does not object to the proposed travel.

4. Ms. Do surrendered her passport as a condition of her release when this matter began. Ms. Do will need her passport returned to her in order that she may travel.

Therefore, the parties respectfully request that the Court issue an Order permitting Ms. Do to travel to China for the reasons stated herein.

Respectfully submitted,


Dated: October 8, 2013        By:_____/s/_____
                               PETER A. LEEMING,
                              Attorney for Annie Do


                               _/s/ Susan Knight_
                              Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-0705 DLJ |
| Plaintiff, | ) **[] ORDER** |
| vs. | ) **PERMITTING TRAVEL TO CHINA** |
| ANNIE DO, et al | ) |
| Defendants | ) |

GOOD CAUSE APPEARING, it is hereby Ordered that:

1. Ms. Annie Do may be permitted to travel to China from November 13, 2013 to December 8, 2013. Ms. Do is directed to provide specific travel plans to the United States Probation Department, including airline flight information and the location where she will be staying while in China.

2. Ms. Do's passport is to be returned to her in order to permit international travel.

IT IS SO ORDERED

DATED:_____      _____
　　　　　　　　　　　　　　　HON. D. Lowell Jensen
　　　　　　　　　　　　　　　United States District Court Judge

STIPULATION AND ORDER [TRAVEL TO CHINA]. - 3